IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Guillermo Jose Torres-Herrera,<br><br>Petitioner,<br><br>v.<br><br>Scotty Bodiford,<br><br>Respondent. | Case No. 8:26-cv-03862-SAC<br><br><br><br>**OPINION AND ORDER** |

Petitioner, a pretrial detainee, proceeding *pro se*, brought this action seeking habeas relief pursuant to 28 U.S.C. § 2254. ECF No. 1. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge William S. Brown for pre-trial proceedings.

In signing the Petition, Petitioner acknowledged that he was responsible for notifying the Clerk in writing of any change of address and that failure to keep his address updated with the Court may lead to dismissal of the case. ECF No. 1 at 8–9. By Order filed on September 16, 2026, Petitioner was informed that his case was not in proper form for service, and he was provided instructions on how to bring it into the proper form. ECF No. 5. Petitioner was informed that failure to bring the case into proper form would subject the Petition to dismissal for failure to prosecute and failure to comply with an order of the Court. *Id*. at 1. The Order also reminded Petitioner to notify the clerk in writing of any change of address and warned that failure to keep his address updated with the Court may lead to dismissal of the case. *Id*. at 2. Petitioner did not respond to Judge Brown's Order, so on October 15, 2026, Petitioner was informed for a second time that his case was not in proper form for service, and he was provided instructions on how to bring it into the proper form. ECF No. 9. Petitioner was informed for a second time that his failure

to bring the case into proper form would subject his Petition to dismissal for failure to prosecute and failure to comply with an order of the Court. *Id.* at 1. The Order also reminded Petitioner to notify the clerk in writing of any change of address and warned that failure to keep his address updated with the Court may lead to dismissal of the case. *Id.* at 1. Petitioner has not complied with this Court's September 16, 2026, or October 15, 2026, Orders and the time to respond has now passed.

Petitioner has failed to prosecute this case and has failed to comply with Orders of this Court. Accordingly, the case is dismissed without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

United States District Judge

November 10, 2026
Greenville, South Carolina

**<u>NOTICE OF RIGHT TO APPEAL</u>**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.